

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2019

No. 04-18-00666-CV

Rebecca **JO STEVENS,**
Appellant

v.

Joseph "Harry" **SHAFFIELD,** III, and Jane Holinka, as Attorney-in-Fact for Joseph "Harry"
Shaffield, III,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-553
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

This court's mandate in this appeal issued on February 5, 2019. On March 27, 2019, a motion for leave to withdraw as attorney of record was filed. The motion is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 18, 19.

It is so **ORDERED** on this 29th day of March, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court